UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  vs.<br>PABLO COLON-ROLON<br>    Defendant. | Criminal No. 3:22-cr-205 (FAB) |

### INFORMATIVE MOTION RE: STATUS CONFERENCE OF

TO THE HONORABLE COURT:

The defendant **Pablo Colon-Rolon** appears as defendant number one in the above indictment. He was arraigned before USMJ Bruce McGiverin on July 8, 2022, at 10:00 a.m. A status conference in the case has been advanced to July 11, 2022 at 9:00 am in OSJ Courtroom 6 – 1st floor. The undersigned counsel for Pablo Colon-Rolon has a calendar conflict on July 11, 2022 in a case entitled US v. Michel Lee Case No. 3:22 – mj – 00635(RAR,)  Attorney **Diego H. Alcala-Laboy** has agreed to stand-it for the undersigned at this July 11, 2022 status conference.

**Wherefore**, the undersigned respectfully requests that the Court take note of this substitution.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
PABLO COLON-ROLON

By: s/ *Michael R. Hasse*
MICHAEL R. HASSE (PR#215307)
1302 Ave. Ashford, #1503
San Juan, PR 00907
Tel. (860)444-2711
Fax (734)448-2891
Email: hasselaw@yahoo.com

## CERTIFICATION

I hereby certify that on July 8, 2022, I electronically filed the foregoing and the accompanying memorandum with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: s/ *Michael R. Hasse*
MICHAEL R. HASSE (PR#215307)

2