**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

    **Plaintiff**,

        **v.**

PABLO COLON-ROLON


    **Defendant(s).**

**Case No. 3:22-cr-0205-01 (FAB)**


**ORDER**

The Report and Recommendation filed on July 10, 2023, ECF No. 464 on defendant's Rule 11 proceeding held before Magistrate Judge Giselle López-Soler on July 7, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to count one and three of the Indictment is accepted.

**<span style="color:red">Sentencing hearing remains set for October 6, 2023 at 9:00 a.m. in Old San Juan Courthouse, Courtroom 6, First Floor.</span>**

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 26th day of July 2023.


                 *s/Francisco A. Besosa*
                 FRANCISCO A. BESOSA
                 Senior United States District Judge